■ In the Matter of VAN DEUSEN WINES & LIQUORS, INC., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Proceeding pursuant to article 78 of the CPLR to review respondent's determination, dated December 27, 1972, which (1) suspended petitioner's off-premises liquor license for 30 days, 20 days of which were deferred, and (2) made demand for payment on petitioner's surety bond of $1,000, on the ground that petitioner had advertised and sold liquor at a price less than cost in violation of subdivision 2 of section 101-bb of the Alcoholic Beverage Control Law. Determination modified, on the law, by annulling the suspension and reducing the bond demand to $500. As so modified, determination confirmed, with costs to petitioner. In our opinion, the punishment imposed was excessive to the extent indicated herein. Martuscello, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ BEVERLY J. PEARSON, an Infant, by EVANGELINE PEARSON, Her Mother, et al., Respondents, v. CITY OF NEW YORK, Appellant, and JOSEPH MERRICK, Respondent.— In a negligence action to recover damages for personal injuries sustained by the infant plaintiff and for loss of services and medical expenses incurred by her mother, defendant the City of New York appeals from so much of an order of the Supreme Court, Kings County, entered June 16, 1972, as (1) granted (a) plaintiffs' motion to set aside a jury verdict against them and for appellant and (b) defendant Merrick's motion to set aside a jury verdict against him and for plaintiffs, after trial on the issues of liability only, and (2) granted a new trial. Although plaintiffs have appended to their brief a copy of their notice of cross appeal, their cross appeal has not been perfected and, therefore, is not properly before the court. Order reversed insofar as appealed from, i.e., insofar as it applies to appellant, without costs, and verdict in favor of the City of New York reinstated. All the facts were before the jury and the jury determined the issues in favor of appellant. Martuscello, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.